**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **KYONG YOUL SUH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:06-CV-2115-L |
| | § | |
| **DALLAS POLICE DEPARTMENT,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

This is a civil action brought by Kyong Youl Suh, proceeding *pro se*, against the Dallas Police Department. Pursuant to 28 U.S.C. § 636(b), this action was referred to the United States magistrate judge for proposed findings and recommendation. The U.S. Magistrate Judge's Findings, Conclusions, and Recommendation were filed on November 30, 2006. Plaintiff Kyong Youl Suh filed objections on December 7, 2006.

After making an independent review of the pleadings, file and record in this case, the findings and conclusions of the magistrate judge, and having considered Suh's objections thereto, the court determines that the findings and conclusions of the magistrate judge are correct. They are therefore accepted as those of the court. Suh's Objections are overruled. Accordingly, the court determines that Suh's case is frivolous and is summarily **dismissed with prejudice** pursuant to 28 U.S.C. § 1915(e)(2).

**It is so ordered** this 29th day of December, 2006.

_____
Sam A. Lindsay
United States District Judge